Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| GERALD KELLY ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Action No. CV-F-04-6083 DLB <br><br> STIPULATION AND ORDER |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional extension of time, until May 25, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, August 12, 2004, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: April 25, 2005 | |
| 2 | | /s/ Gina Fazio<br>GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | | |
| 4 | Dated: April 25, 2005 | MCGREGOR SCOTT<br>United States Attorney |

By: /s/ Kimberly A. Gaab
(as authorized via facsimile)
KIMBERLY A. GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   April 27, 2005**               **/s/ Dennis L. Beck**
3c0hj8                                     UNITED STATES MAGISTRATE JUDGE