```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
    GERALD KELLEY,                  )   1:04-cv-06083 OWW DLB
10                                  )
                Plaintiff,           )   STIPULATION AND ORDER
11                                  )   TO EXTEND TIME
                                    )
12              v.                  )
                                    )
13  JO ANNE B. BARNHART,            )
    Commissioner of Social          )
    Security,                       )
14                                  )
                Defendant.          )
15  _____)
16
17      The parties, through their respective counsel, stipulate

18  that defendant's time to respond to plaintiff's opening brief be

    extended from June 29, 2005 to July 27, 2005.
19
    ///
20
    ///
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
                                  1
```

1    This is defendant's first request for an extension of time
2 to respond to plaintiff's opening brief.  Defendant needs the
3 additional time to further review the file and prepare a response
4 in this matter.

5                              Respectfully submitted,

7 Dated: June 27, 2005        /s/ Gina M. Fazio
                              (as authorized by facsimile)
8                             GINA M. FAZIO
                              Attorney for Plaintiff

11 Dated: June 27, 2005       McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kimberly A. Gaab
                              KIMBERLY A. GAAB
                              Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 27, 2005**            **/s/ Dennis L. Beck**
3c0hj8                      UNITED STATES MAGISTRATE JUDGE